Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ronnie Crawford

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONNIE CRAWFORD,<br><br>   Plaintiff,<br><br> vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 5:19-cv-00816-RAO<br><br>ORDER OF DISMISSAL |

  The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

  IT IS SO ORDERED.

DATE: 10/7/2019     /s/ - Rozella A. Oliver
              THE HONORABLE ROZELLA A. OLIVER
              UNITED STATES MAGISTRATE JUDGE

1  DATE: October 3, 2019         Respectfully submitted,

2                                LAW OFFICES OF LAWRENCE D. ROHLFING

3                          BY: /s/ *Brian C. Shapiro*
                              _____
4                              Brian C. Shapiro
                               Attorney for plaintiff Ronnie Crawford